UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARGARET L. FERRARA,                )     NO. EDCV 11-00661-MAN
                                    )
            Plaintiff,              )
                                    )     JUDGMENT
       v.                           )
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner of Social Security,    )
                                    )
            Defendant.              )
_____)

     Pursuant to the Court's Memorandum Opinion and Order,

     IT IS ADJUDGED that the decision of the Commissioner of Social
Security is reversed, and the cause is remanded for further proceedings
consistent with the provisions of the Memorandum Opinion and Order.

DATED:  September 24, 2012

                                   _____
                                        MARGARET A. NAGLE
                                   UNITED STATES MAGISTRATE JUDGE